

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | No. 08-13-00187-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| HIGH RIDGE CONSTRUCTION, INC., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2011DCV00361) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in part of the judgment as to Appellant's unconstitutional takings claim, we therefore reverse the trial court's order denying the plea to the jurisdiction and render judgment dismissing that claim. Further, as to Appellant's breach of contract claim, we reverse the trial court's order denying the plea to the jurisdiction and remand to the trial court to allow Appellant to amend their pleadings in accordance with this Court's opinion. In all other respects, we affirm the trial court's judgment.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2014.


YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Barajas, C.J., and Chew, C.J. (Senior Judges)
Chew, C.J. (Senior Judge), sitting by assignment (concurring opinion), joined by Barajas, C.J. (Senior Judge), sitting by assignment